IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNEILLE NANGAA YOBELUO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREA M. GACKI, Director, ) <br> Office of Foreign Assets Control, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:21-02973 (RC) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion to Dismiss, or, in the Alternative, for Summary Judgment, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that

- Summary Judgment on Count I of the Amended Complaint is **GRANTED** for Defendants.
- Count II of the Amended Complaint is **DISMISSED** for lack of subject matter jurisdiction.
- Count III of the Amended Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

DATED: _____                    _____
                                        Hon. Rudolph Contreras
                                        United States District Judge